**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MICHAEL JASON PENDLETON,  :  No. 7 WM 2024

Petitioner  :

v.  :

COURT OF COMMON PLEAS OF  :
ALLEGHENY COUNTY,  :

Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2024, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Prohibition" is DENIED.